**APPENDIX A**

| Alleged Fraud: "Upcoding" Medicare Advantage Member Diagnoses |||||| 
|---|---|---|---|---|---|
| *Osinek* (2013) | *Taylor* (2014) | *Arefi* (2015) | *Stein* (2016) | *Bryant* (2018) | *Bicocca* (2020) |
| "Kaiser defrauded the United States through a sophisticated scheme to ***upcode diagnoses*** to ensure Medicare [Advantage] payments for reimbursable, high-value [medical] conditions." ¶ 2.[1] | Defendants engaged in a scheme to "***upcode***" diagnoses of Medicare Advantage members. ¶¶ 5, 61, 74, 81, 101. | Defendants engaged in a "***Medicare Advantage diagnosis upcoding scheme***," by "reporting false . . . diagnoses to CMS for Medicare Advantage plan enrollees . . . ." ¶¶ 42, 78. | Defendants engaged in "a fraudulent scheme to ***up-code and falsely diagnose***" Medicare Advantage members. ¶¶ 50, 70. | "***Defendants 'upcode' risk adjustment claims*** by manipulating the documentation and submitting claims and codes to the Medicare Advantage program for diagnoses that the [member] does not have . . . or by claiming that a member was treated for a more serious [medical] condition than the member actually has . . . ." ¶ 11. | Defendants required healthcare providers to "certify that they have managed their patients' chronic [medical] conditions, even though they have not managed the chronic [medical] condition" in order to "***receive additional, undeserved capitation amounts***" from the Medicare Advantage program. ¶¶ 2–3. |

---

[1] Paragraph citations correspond to the relevant original complaint. All emphases are added.

| Alleged "Upcoding" Technique 1: Use of Data Mining/Algorithms to Identify Diagnoseable Medical Conditions | | | |
|---|---|---|---|
| ***Osinek* (2013)** | ***Taylor* (2014)** | ***Stein* (2016)** | ***Bryant* (2018)** |
| "Kaiser effectuated its scheme through ***data mining*** . . . ." ¶ 2.<br><br>Kaiser used "***algorithms*** to identify . . . [medical] conditions for data mining . . . ." ¶¶ 24–25.<br><br>Kaiser used "a system to capture '***missed opportunities***,' . . . to ensure that all possible Medicare billing opportunities are captured . . . ." ¶ 24.<br><br>"Kaiser focuses its ***data mining*** on high value [medical] conditions for which Kaiser can maximize its reimbursement from Medicare and increase its revenue." ¶ 25. | Kaiser "uses an ***algorithm*** to search [medical records] to find words that, individually or in combination, indicate that a [member] has certain diagnoses." ¶ 191.<br><br>"[A] PowerPoint presented at the Fall 2010 RRG Meeting outlined the results of the 'NLP HCC ***Data Mining*** Pilot." ¶ 197. | Kaiser "performed a ***computer search*** to ***data-mine*** the [data] submissions from the last . . . year to identify the [Medicare Advantage members] with a history of hit-list HCC diagnoses, and used those results to determine which [members'] medical records did not have such hit-list HCC diagnoses submitted . . . ." ¶ 84; *see also* ¶ 100. | "Kaiser's internal data establishes that its ***efforts to mine*** for [aortic atherosclerosis] succeeded in capturing and submitting an enormous increase of [aortic atherosclerosis] codes to Medicare . . . ." ¶ 79.<br><br>Kaiser has a "'***data mining***' team . . . [which] used '***algorithms***' . . . to identify and capture possible missed HCCs to create 'add files,' referred to as '***missed opportunities***' . . . ." ¶ 193.<br><br>Kaiser used a ***computer tool*** that "identifies wording and/or full sentences within the electronic health record which contains signs, symptoms, diagnoses and procedures for which a code may possibly be assigned once confirmed and validated by the coding professional." ¶ 198. |

2

| Alleged "Upcoding" Technique 2: Refreshing Previously Diagnosed Medical Conditions |||
|---|---|---|
| ***Osinek* (2013)** | ***Taylor* (2014)** | ***Stein* (2016)** |
| By relying on "what Kaiser terms '***refreshing***' . . . Kaiser was able to increase its billings for high value hierarchical condition categories or HCCs." ¶ 24.<br><br>"Kaiser tracks and rewards [healthcare providers] based on the percentage of chronic [medical] conditions they are able to capture and ***refresh***." ¶ 37.<br><br>"Kaiser ties funding allocations to a facility's ***refresh*** . . . rates . . . ." ¶ 39. | Kaiser uses a "program designed to '***refresh***' chronic diagnosis that are submitted one year but not the next." ¶ 186. | Kaiser "submitted or caused to be submitted false and fraudulent [data]resulting from [Kaiser Foundation Health Plan]'s practice of '***refreshing***' missing HCC diagnosis codes." ¶ 80.<br><br>Kaiser "implemented an improper program designed to identify 'missing' HCC diagnosis codes and have the [healthcare providers] '***refresh***' the missing HCC diagnoses." ¶ 83.<br><br>"The progress and success of the ***refresh program*** was internally well documented, and tracked the [Medicare Advantage members'] medical records, the HCC diagnoses to be '***refreshed***,' the [healthcare providers] who '***refreshed***' the HCC diagnoses, the HCC diagnosis codes submitted to CMS as [data] as a result of the ***refresh process***, and the increased risk adjustment scores resulting from the ***refresh process***." ¶ 83. |

3

| Alleged "Upcoding" Technique 3: Improper Addenda Practices ||||| 
|---|---|---|---|---|
| ***Osinek* (2013)** | ***Taylor* (2014)** | ***Arefi* (2015)** | ***Stein* (2016)** | ***Bryant* (2018)** |
| "Kaiser's Medicare [Advantage member] medical records include *addenda* with supporting statements or documentation that were *not addressed at the time of an encounter*." ¶ 28.<br><br>Kaiser "prompted" healthcare providers "to *addend* diabetes diagnoses to include hyperlipidemia . . . ." ¶ 30. | Kaiser relied on a "radiology report or other test result, rather than a diagnosis documented by an appropriate [healthcare] provider in a face-to-face visit" to support additions to the medical record. ¶ 138.<br><br>"Kaiser routinely submitted claims where the only documentation to support the diagnosis was a radiologic or lab test, or other *non-face-to face service*." ¶ 160. | Kaiser submitted diagnosis codes based on "*after-the-fact* medical record reviews" and "retrospective mining of clinical data." ¶ 2.<br><br>Kaiser used "queries to induce treating [healthcare providers] to *add such false and after-the-fact ICD-9-CM diagnoses* to . . . [members'] charts . . . ." ¶ 8.<br><br>"Kaiser Defendants . . . [sent] leading and coercive 'physician queries' to improperly induce the treating [provider] to *change the electronic record* of the . . . [member's] most recent face-to face encounter by *adding or substituting the HCC diagnosis* . . . ." ¶ 47. | Kaiser "*amend[ed]* the medical record without valid face-to-face encounters . . . ." ¶ 80.<br><br>"The *addenda* refreshing HCC diagnoses were [] invalid . . . ." ¶ 90. | "Coding professionals are permitted . . . to *query [healthcare] providers for clarification and additional documentation*," but Kaiser used "improper query templates" which "introduce clinical indicators for specific HCC diagnoses to the providers, who in turn routinely follow the suggestion to *add a reimbursable diagnosis where none existed and should not have been added*." ¶¶ 155, 159, 161. |

| **Alleged "Upcoding" Technique 4: Boilerplate Phrases Used to Indicate Compliance with Alleged Diagnosis Coding Guidelines** | | |
|---|---|---|
| ***Osinek* (2013)** | ***Bryant* (2018)** | ***Bicocca* (2020)** |
| Kaiser instructs healthcare providers to use "***cloned or boilerplate language*** to make the [member's] record appear to comply with CMS instructions." ¶ 28.<br><br>"Kaiser also provides ***boilerplate phrases*** . . . [that] can be ***automatically inserted*** through a combination of key strokes . . . ." ¶ 32. | Kaiser "developed a '***SMARTPHRASE***' to ***automatically populate*** the medical record" when diagnosing aortic atherosclerosis. ¶ 62; *see also* 68–69.<br><br>Kaiser used "'***SMARTPHRASE***' acknowledgments of dietician diagnoses of PCM with a co-signature of dietary notes" when diagnosing malnutrition. ¶ 137. | Kaiser "***provide[d] the language for the certifying statements***" and "directed" healthcare providers to write specific language "in their charts." ¶¶ 97–98.<br><br>Kaiser instructed healthcare providers to use a "***.FOL" smartphrase*** to support diagnosis coding of chronic medical conditions in medical records. ¶¶ 137–45. |

| **Alleged "Upcoding" Technique 5: Pressure on Healthcare Providers to Diagnose Risk-Adjusting Medical Conditions** | | | | |
|---|---|---|---|---|
| ***Osinek* (2013)** | ***Taylor* (2014)** | ***Stein* (2016)** | ***Bryant* (2018)** | ***Bicocca* (2020)** |
| "Kaiser ***pressures*** its [healthcare providers] to addend diagnoses and capture the high value HCCs . . . ." ¶ 33.<br><br>"Kaiser instituted an ***escalation process*** for [providers] who do not agree with the data mining prompts." ¶ 33.<br><br>Healthcare providers "have ***personal report cards*** based on how they perform in certain areas, which are tied to their ***compensation***." ¶ 34.<br><br>"Kaiser has mandatory meetings called '***coding parties***,' where [providers] are gathered in a single room . . . and asked to review past progress notes for addenda related to revised medical diagnoses." ¶ 35. | Kaiser "***pressured*** [healthcare providers] to use the diagnosis code for chronic bronchitis (which risk adjusts) rather than acute bronchitis . . . ." ¶ 134. | Kaiser "tracked . . . the [healthcare providers] who 'refreshed' the HCC diagnoses." ¶ 83. "Kaiser's coders then ***met with the [providers] to ensure that the hit-list HCC diagnoses were refreshed***." ¶ 84. | "Kaiser's various regions . . . ***compete*** with each other on which region manages to capture the highest number of HCCs and improved risk scores." ¶ 190.<br><br>Kaiser used "***leading***" queries that "***improperly suggested***" the appropriate diagnosis. ¶¶ 124, 134, 137–38, 141–42, 155–59, 161–64, 182–83, 186. | "Defendants ***intentionally instruct*** [healthcare providers] to certify that they have managed [members'] chronic [medical] conditions . . . ." ¶ 2.<br><br>"Defendants . . . ***effectively discourage*** [providers] from complying with CMS regulations . . . ." ¶ 6.<br><br>"Defendants . . . implied that [providers] would be ***disciplined*** or otherwise ***adversely acted upon*** if they did not [address chronic medical conditions]. Examples of this were a ***reduction of bonus***." ¶ 129.<br><br>"[T]he administrative chiefs of every department received |

| Alleged "Upcoding" Technique 5: Pressure on Healthcare Providers to Diagnose Risk-Adjusting Medical Conditions ||||| 
|---|---|---|---|---|
| ***Osinek* (2013)** | ***Taylor* (2014)** | ***Stein* (2016)** | ***Bryant* (2018)** | ***Bicocca* (2020)** |
| Kaiser "***pressures***" healthcare providers to diagnose Medicare Advantage members "through incentive Programs" such as monetary rewards. ¶ 36.<br><br>"*[C]ompetitive pressure* is not only exerted between regions, but within the region" to have the highest risk scores.  ¶¶ 37, 38. | | | | emails detailing which doctors were not checking at least 90% of the listed chronic [medical] conditions with every [member]. In meetings between department chiefs, the group would discuss which departments were most successful in meeting this criterion." ¶¶ 132–33. |

| Alleged "Upcoding" Technique 6: Guidance & Policies ||||
|---|---|---|---|
| *Osinek* (2013) | *Stein* (2016) | *Bryant* (2018) | *Bicocca* (2020) |
| "Kaiser *told its [healthcare providers] to diagnose* chronic kidney disease instead of" lower-value medical conditions.  ¶ 26.<br><br>"[W]hen CMS announces that HCCs are eliminated (and no longer reimbursable by Medicare), Kaiser *tells its [providers] to change coding practices* to reflect new reimbursable codes." ¶ 27.<br><br>"Kaiser *tells [providers] to go back to see what a member's previous test results showed to make diagnoses*, which is not an appropriate data source for coding a diagnosis under CMS guidelines . . . ." ¶ 29.<br><br>"Kaiser *tells its [providers] to change diagnoses to upcode* to higher value and more complicated forms of diseases." ¶ 30. | Kaiser relied on an "*improper Sepsis diagnostic standard* that overstated the frequency of Sepsis diagnoses . . . ." ¶ 50.<br><br>Kaiser relied on "*coding instructions and query restrictions* [that] violate ICD-9 Guidelines and AHIMA ethical coding guidelines." ¶ 54.<br><br>Kaiser relied on a malnutrition *documentation standard that "fails"* to meet CMS requirements.  ¶ 71. | Kaiser relied on *inaccurate diagnostic standards* for certain medical conditions. ¶¶ 59–60, 67, 69–72, 75, 86–88, 96, 99–101, 111–13, 117–121, 123, 130, 137, 146.<br><br>"Kaiser consistently publishes and *enforces internal company policies and procedures that contravene coding and diagnostic principles* that are widely accepted and enforced within the broader coding community." ¶ 151.<br><br>"Many of Kaiser's *proprietary policies* regarding diagnosing and coding are intentionally *constructed to be less restrictive than the norm* in furtherance of the company's emphasis on profit over compliance." ¶ 152. | Kaiser trained healthcare providers to select diagnosis codes based on *inaccurate diagnostic standards*.  ¶¶ 6, 88–96, 103–118, 124–127, 143–152. |

| Alleged "Upcoding" Technique 6: Guidance & Policies | | | |
|---|---|---|---|
| *Osinek* (2013) | *Stein* (2016) | *Bryant* (2018) | *Bicocca* (2020) |
| Healthcare "providers were ***told to capture diagnoses*** of Peripheral Vascular Disease [] and Diabetic Peripheral Vascular Disease [] using Carotid Artery Stenosis as evidence." ¶ 31. | | | |