**William K. Hanagami**
**HANAGAMI LAW**
**A PROFESSIONAL CORPORATION**
**913 TAHOE BOULEVARD, SUITE 5**
**INCLINE VILLAGE, NV 89451-7414**
**(833) 716-8570 / (833) 716-8569** *FAX*
**Bill@Hanagami.com**

**Abram J. Zinberg**
**THE ZINBERG LAW FIRM**
**A PROFESSIONAL CORPORATION**
**412 OLIVE AVENUE, SUITE 528**
**HUNTINGTON BEACH, CA 92648-5142**
**(714) 374-9802 / (714) 698-4048** *FAX*
**AbramJ@Zinberglaw.com**

Attorneys for Plaintiffs and *Qui Tam* Relators, Marcia Stein and Rodolfo Bone

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* RONDA OSINEK,<br><br>Plaintiffs,<br><br>v.<br><br>KAISER PERMANENTE,<br><br>Defendant. | CASE NO.  13-cv-03891-EMC<br><br>**CONSOLIDATED MEMBER CASES**<br><br>CASE NO.  16-cv-01558-EMC<br>CASE NO.  16-cv-05337-EMC<br>CASE NO.  18-cv-01347-EMC<br>CASE NO.  21-cv-03124-EMC<br>CASE NO.  21-cv-03894-EMC<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that Plaintiffs and Relators Marcia Stein and Rodolfo Bone hereby appeal to the United States Court of Appeals for the Ninth Circuit from an order entered on May 5, 2022, a copy of which is attached as Exhibit 1.  Appellants' Representation Statement is attached as Exhibit 2.

THE ZINBERG LAW FIRM, A.P.C.

HANAGAMI LAW, A.P.C.

Dated: June 3, 2022            By:*/s/William K. Hanagami*
                                   William K. Hanagami
                                   Attorneys for Plaintiffs and *Qui Tam* Relators, Marcia Stein and Rodolfo Bone

-1-