| | |
|---|---|
| DAVID DEATON (S.B. # 205713) <br> ddeaton@omm.com <br> STEPHEN M. SULLIVAN (S.B. # 245314) <br> ssullivan@omm.com <br> CAITLIN M. BAIR (S.B. # 256994) <br> cbair@omm.com <br> DIMITRI D. PORTNOI (S.B. # 282871) <br> dportnoi@omm.com <br> O'MELVENY & MYERS LLP <br> Two Embarcadero Center <br> San Francisco, California 94111 <br> Telephone:   (415) 984-8700 <br> Facsimile:    (415) 984-8701 | K. LEE BLALACK, II (admitted *pro hac vice*) <br> lblalack@omm.com <br> O'MELVENY & MYERS LLP <br> 1625 Eye Street, N.W. <br> Washington, D.C. 20006 <br> Telephone:   (202) 383-5300 <br> Facsimile:    (202) 383-5414 |

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. RONDA OSINEK, <br><br> Plaintiff, <br><br> v. <br><br> KAISER PERMANENTE, et al., <br><br> Defendants. | Case No. 3:13-cv-03891-EMC <br><br> **DEFENDANTS' NOTICE OF WITHDRAWAL OF COUNSEL DAVID J. LEVISS; [PROPOSED] ORDER** |

(CAPTION CONTINUED)

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. NASER AREFI, AJITH KUMAR and PRIME HEALTHCARE SERVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> KAISER FOUNDATION HEALTH PLAN, INC., et al., <br><br> Defendants. | Case No. 3:16-cv-01558-EMC <br><br> **DEFENDANTS' NOTICE OF WITHDRAWAL OF COUNSEL DAVID J. LEVISS; [PROPOSED] ORDER** |
| UNITED STATES OF AMERICA ex rel. MARCIA STEIN and RODOLFO BONE, <br><br> Plaintiff, <br><br> v. <br><br> KAISER FOUNDATION HEALTH PLAN, INC., et al., <br><br> Defendants. | Case No. 3:16-cv-05337-EMC <br><br> **DEFENDANTS' NOTICE OF WITHDRAWAL OF COUNSEL DAVID J. LEVISS; [PROPOSED] ORDER** |
| UNITED STATES OF AMERICA ex rel. GLORYANNE BRYANT and VICTORIA HERNANDEZ, <br><br> Plaintiff, <br><br> v. <br><br> KAISER PERMANENTE, et al., <br><br> Defendants. | Case No. 3:18-cv-01347-EMC <br><br> **DEFENDANTS' NOTICE OF WITHDRAWAL OF COUNSEL DAVID J. LEVISS; [PROPOSED] ORDER** |

(CAPTION CONTINUED)

| | | |
|---|---|---|
| 1 | UNITED STATES OF AMERICA and STATE OF CALIFORNIA ex rel. MICHAEL BICOCCA, | Case No. 3:21-cv-03124-EMC |
| 2 | | **DEFENDANTS' NOTICE OF WITHDRAWAL OF COUNSEL DAVID J. LEVISS; [PROPOSED] ORDER** |
| 3 | Plaintiffs, | |
| 4 | v. | |
| 5 | PERMANENTE MEDICAL GROUP, INC., et al., | |
| 6 | | |
| 7 | Defendants. | |
| 8 | | |
| 9 | | |
| 10 | UNITED STATES OF AMERICA ex rel. JAMES M. TAYLOR, | Case No. 3:21-cv-03894-EMC |
| 11 | | **DEFENDANTS' NOTICE OF WITHDRAWAL OF COUNSEL DAVID J. LEVISS; [PROPOSED] ORDER** |
| 12 | Plaintiff, | |
| 13 | v. | |
| 14 | KAISER PERMANENTE, et al., | |
| 15 | Defendants. | |

**TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Civil Local Rule 11-5, Defendants[1] respectfully request the Court withdraw David J. Leviss as counsel of record for the Defendants in these matters. The Defendants will continue to be represented by their remaining counsel of record.

Dated: June 17, 2022                                        Respectfully submitted,

                                                            By:   /s/ *Dimitri D. Portnoi*
                                                                  K. LEE BLALACK, II
                                                                  DAVID DEATON
                                                                  STEPHEN M. SULLIVAN
                                                                  CAITLIN M. BAIR
                                                                  DIMITRI D. PORTNOI

                                                                  *Attorneys for Defendants*

---

[1] "Defendants" are Kaiser Foundation Health Plan, Inc.; Kaiser Foundation Health Plan of Colorado; The Permanente Medical Group, Inc.; Southern California Permanente Medical Group; Colorado Permanente Medical Group, P.C.; Kaiser Foundation Hospitals; Kaiser Foundation Health Plan of Georgia, Inc.; Kaiser Foundation Health Plan of the Mid-Atlantic States; Kaiser Foundation Health Plan of the Northwest; Kaiser Foundation Health Plan of Washington; The Southeast Permanente Medical Group; Hawaii Permanente Medical Group; Mid-Atlantic Permanente Medical Group; Group Health Permanente (n/k/a Washington Permanente Medical Group, P.C.); Northwest Permanente, P.C.; and Permanente Federation, LLC.

## **[PROPOSED] ORDER**

Upon consideration of Defendants' Notice of Withdrawal of Counsel, it is HEREBY ORDERED that David J. Leviss is hereby withdrawn as counsel of record for the Defendants. The Clerk of the Court is directed to remove David J. Leviss from the Court's ECF System for these matters.

DATED: _____

HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE