DAVID DEATON (S.B. # 205713)
ddeaton@omm.com
STEPHEN M. SULLIVAN (S.B. # 245314)
ssullivan@omm.com
CAITLIN M. BAIR (S.B. # 256994)
cbair@omm.com
DIMITRI D. PORTNOI (S.B. # 282871)
dportnoi@omm.com
KYLE M. GROSSMAN (S.B. # 313952)
kgrossman@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center
San Francisco, California 94111
Telephone:  (415) 984-8700
Facsimile:  (415) 984-8701

K. LEE BLALACK, II (admitted *pro hac vice*)
lblalack@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, N.W.
Washington, D.C. 20006
Telephone:  (202) 383-5300
Facsimile:  (202) 383-5414

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. RONDA OSINEK,<br><br>Plaintiff,<br><br>v.<br><br>KAISER PERMANENTE, et al.,<br><br>Defendants. | Case No. 3:13-cv-03891-EMC<br><br>**DEFENDANTS' REQUEST FOR ENTRY OF FINAL JUDGMENT PURSUANT TO FED. R. CIV. P. 58(D)**<br><br>Judge:  Hon. Edward M. Chen |

(CAPTION CONTINUED)

| | | |
|---|---|---|
| 1 | UNITED STATES OF AMERICA ex rel. NASER AREFI, AJITH KUMAR and PRIME HEALTHCARE SERVICES, INC., | Case No. 3:16-cv-01558-EMC |
| 2 | | **DEFENDANTS' REQUEST FOR ENTRY OF FINAL JUDGMENT PURSUANT TO FED. R. CIV. P. 58(D)** |
| 3 | Plaintiff, | |
| 4 | v. | Judge:    Hon. Edward M. Chen |
| 5 | KAISER FOUNDATION HEALTH PLAN, INC., et al., | |
| 6 | | |
| 7 | Defendants. | |

| | | |
|---|---|---|
| 10 | UNITED STATES OF AMERICA ex rel. MARCIA STEIN and RODOLFO BONE, | Case No. 3:16-cv-05337-EMC |
| 11 | Plaintiff, | **DEFENDANTS' REQUEST FOR ENTRY OF FINAL JUDGMENT PURSUANT TO FED. R. CIV. P. 58(D)** |
| 12 | | |
| 13 | v. | Judge:    Hon. Edward M. Chen |
| 14 | KAISER FOUNDATION HEALTH PLAN, INC., et al., | |
| 15 | Defendants. | |

| | | |
|---|---|---|
| 18 | UNITED STATES OF AMERICA ex rel. GLORYANNE BRYANT and VICTORIA HERNANDEZ, | Case No. 3:18-cv-01347-EMC |
| 19 | | **DEFENDANTS' REQUEST FOR ENTRY OF FINAL JUDGMENT PURSUANT TO FED. R. CIV. P. 58(D)** |
| 20 | Plaintiff, | |
| 21 | | |
| 22 | v. | Judge:    Hon. Edward M. Chen |
| 23 | KAISER PERMANENTE, et al., | |
| 24 | Defendants. | |

(CAPTION CONTINUED)

| | | |
|---|---|---|
| 1 | UNITED STATES OF AMERICA and STATE OF CALIFORNIA ex rel. MICHAEL BICOCCA,<br><br>Plaintiffs,<br><br>v.<br><br>PERMANENTE MEDICAL GROUP, INC., et al.,<br><br>Defendants. | Case No. 3:21-cv-03124-EMC<br><br>**DEFENDANTS' REQUEST FOR ENTRY OF FINAL JUDGMENT PURSUANT TO FED. R. CIV. P. 58(D)**<br><br>Judge:     Hon. Edward M. Chen |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | UNITED STATES OF AMERICA ex rel. JAMES M. TAYLOR,<br><br>Plaintiff,<br><br>v.<br><br>KAISER PERMANENTE, et al.,<br><br>Defendants. | Case No. 3:21-cv-03894-EMC<br><br>**DEFENDANTS' REQUEST FOR ENTRY OF FINAL JUDGMENT PURSUANT TO FED. R. CIV. P. 58(D)**<br><br>Judge:     Hon. Edward M. Chen |

1   Defendants[1] hereby request that the Court sign, and direct the Clerk of the Court to enter, a final judgment set out in a separate document as provided by Federal Rule of Civil Procedure 58(a) in each of the following cases:

- *United States ex rel. Arefi v. Kaiser Foundation Health Plan, Inc.*, Case No. 3:16-cv-01558-EMC (N.D. Cal.);
- *United States ex rel. Stein v. Kaiser Foundation Health Plan, Inc.*, Case No. 3:16-cv-05337-EMC (N.D. Cal.); and
- *United States ex rel. Bicocca v. Permanente Medical Group, Inc.*, Case No. 3:21-cv-03124-EMC (N.D. Cal.).

On May 5, 2022, the Court granted in part Defendants' Motion to Dismiss pursuant to the False Claims Act's First-to-File Bar, dismissing *Arefi* and *Stein* in their entirety and *Bicocca* except to the extent it pleads claims based on the California False Claims Act. Dkt. No. 171 at 46. *Bicocca*'s claims under the California False Claims Act were voluntarily dismissed on February 24, 2022. Dkt. No. 159. Accordingly, the entry of final judgment is appropriate in *Arefi*, *Stein*, and *Bicocca*.

---

[1] "Defendants" are Kaiser Foundation Health Plan, Inc.; Kaiser Foundation Health Plan of Colorado; The Permanente Medical Group, Inc.; Southern California Permanente Medical Group; Colorado Permanente Medical Group, P.C.; Kaiser Foundation Hospitals; Kaiser Foundation Health Plan of Georgia, Inc.; Kaiser Foundation Health Plan of the Mid-Atlantic States; Kaiser Foundation Health Plan of the Northwest; Kaiser Foundation Health Plan of Washington; The Southeast Permanente Medical Group; Hawaii Permanente Medical Group; Mid-Atlantic Permanente Medical Group; Group Health Permanente (n/k/a Washington Permanente Medical Group, P.C.); Northwest Permanente, P.C.; and The Permanente Federation, LLC. *Stein* also names "Kaiser Permanente" as a defendant, but "Kaiser Permanente" is not a legal entity. *See* Req. for Judicial Notice in Supp. of Mot. to Dismiss Pursuant to False Claims Act's First-to-File Bar (Dkt. 142) at 4–5, Ex. F.

| | | |
|---|---|---|
| 1 | Dated: October 28, 2022 | Respectfully submitted, |

By:  /s/ *Dimitri D. Portnoi*
K. LEE BLALACK, II
DAVID DEATON
STEPHEN M. SULLIVAN
CAITLIN M. BAIR
DIMITRI D. PORTNOI
KYLE M. GROSSMAN

*Attorneys for Defendants*