CONSTANTINE CANNON LLP
Michael J. Ronickher (CABN 261335)
Edward Baker *(Pro Hac Vice)*
Max Voldman *(Pro Hac Vice)*
Ronny Valdes (CABN 309195)
  1001 Pennsylvania Ave, NW
  Suite 1300N
  Washington, DC 20004
  Telephone: (202) 204-4523
  Facsimile:  (202) 204-3501
  mronickher@constantinecannon.com
  ebaker@contantinecannon.com
  mvoldman@constantinecannon.com

Mary Inman (CABN 176059)
  150 California Street
  Suite 1600
  San Francisco, CA 94111
  Telephone: (415) 639-4001
  Facsimile: (415) 639-4002
  minman@constantinecannon.com

*Attorneys for Relator James M. Taylor*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. RONDA OSINEK,<br><br>Plaintiff,<br><br>v.<br><br>KAISER PERMANENTE, et al.,<br><br>Defendants. | Case No. 3:13-cv-03891-EMC<br><br>**STIPULATION TO EXTEND DATE OF HEARING OF DEFENDANTS' MOTIONS TO DISMISS; [PROPOSED] ORDER**<br><br>Courtroom: 5, 17th Floor<br>Judge: Hon. Edward M. Chen |

(CAPTION CONTINUED)

| | | |
|---|---|---|
| 1 | UNITED STATES OF AMERICA ex rel. GLORYANNE BRYANT and VICTORIA HERNANDEZ, | Case No. 3:18-cv-01347-EMC |
| 2 | | **STIPULATION TO EXTEND DATE OF HEARING OF DEFENDANTS' MOTIONS TO DISMISS;** |
| 3 | Plaintiff, | |
| 4 | v. | **[PROPOSED] ORDER** |
| 5 | KAISER PERMANENTE, INC., et al, | Courtroom: 5, 17th Floor<br>Judge: Hon. Edward M. Chen |
| 6 | Defendants. | |

| | | |
|---|---|---|
| 9 | UNITED STATES OF AMERICA ex rel. JAMES M. TAYLOR, | Case No. 3:21-cv-03894-EMC |
| 10 | | **STIPULATION TO EXTEND DATE OF HEARING OF DEFENDANTS' MOTIONS TO DISMISS;** |
| 11 | Plaintiff, | |
| 12 | v. | **[PROPOSED] ORDER** |
| 13 | KAISER PERMANENTE, INC., et al., | Courtroom: 5, 17th Floor<br>Judge: Hon. Edward M. Chen |
| 14 | Defendants. | |

Pursuant to Civil Local Rule 7-12; Relator James M. Taylor, the United States, Relators Gloryanne Bryant, and Victoria Hernandez (collectively, "Plaintiffs") and Defendants Kaiser Foundation Health Plan, Inc.; Kaiser Foundation Health Plan of Colorado; The Permanente Medical Group, Inc.; Southern California Permanente Medical Group; Colorado Permanente Medical Group, P.C.; Kaiser Foundation Hospitals; Kaiser Foundation Health Plan of Georgia, Inc.; Kaiser Foundation Health Plan of the Mid-Atlantic States; Kaiser Foundation Health Plan of the Northwest; Kaiser Foundation Health Plan of Washington; The Southeast Permanente Medical Group; Hawaii Permanente Medical Group; Mid-Atlantic Permanente Medical Group; Group Health Permanente (n/k/a Washington Permanente Medical Group, P.C.); and Northwest Permanente, P.C. (collectively, "Defendants") hereby stipulate and request as follows:

1. On November 14, 2022, the Court issued orders on Defendants' motions to dismiss Plaintiffs' complaints, providing Plaintiffs with leave to file amended complaints by December 12, 2022 and setting Defendants' deadline to respond for January 3, 2023. Dkt. Nos. 223, 225, 226.

2. Plaintiffs filed three amended complaints on December 12, 2022. Dkt. Nos. 238, 239, 240.

3. On December 21, 2022, all parties entered into a stipulation to amend the default briefing schedule, resulting in a proposed hearing date of April 20, 2023. The Court entered an order granting that stipulation on the same day. Dkt. Nos. 242, 243.

4. A conflict with the April 20, 2023 hearing date has since arisen for Relator Taylor's counsel. Members of his legal team will now be outside of the country on that date. As a result, Relator Taylor requests that the hearing date for Defendants' motions to dismiss Plaintiffs' amended complaints be extended by fourteen (14) days to May 4, 2023.

5. Relator Taylor does not seek an extension to any other deadlines in the previously ordered briefing schedule for Defendants' motions to dismiss Plaintiffs' amended complaints. Dkt. No. 243.

6. Counsel for all parties have conferred about Relator Taylor's request, and no parties oppose the request.

STIP. TO EXTEND HEARING DATE ON MOT.
TO DISMISS AND SET BRIEFING SCHEDULE
CASE NO. 3:13-CV-03891-EMC

7. Relator Taylor has not previously requested an extension.

IT IS SO STIPULATED.

Dated: January 11, 2023                    Respectfully submitted,

By: /s/ Michael Ronickher
MICHAEL JAMES RONICKHER
EDWARD ALLAN BAKER
MAX VOLDMAN
RONNY VALDES
**Constantine Cannon, LLP**
1001 Pennsylvania Ave, NW,
Suite 1300N
Washington, DC 20004
Telephone: (202) 204-3053
mronickher@constantinecannon.com
ebaker@constantinecannon.com
mvoldman@constantinecannon.com
rvaldes@constantinecannon.com

MARY ALICE INMAN
**Constantine Cannon LLP**
150 California Street
Suite 1600
San Francisco, CA 94111
Telephone: (415) 639-4001
Facsimile: (415) 639-4002
minman@constantinecannon.com

*Attorneys for Relator James Taylor*

|   |   |   |
|---|---|---|
| By: | /s/ Laurie A. Oberembt |

BENJAMIN WOLINSKY
SHIWON CHOE
**United States Attorney's Office**
**Northern District of California**
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7200
Facsimile: (415) 436-6748
benjamin.wolinsky@usdoj.gov
shiwon.choe@usdoj.gov

JAMIE ANN YAVELBERG
PATRICIA L. HANOWER
ARTHUR S. DI DIO
GARY R. DYAL
LAURIE A. OBEREMBT
JONATHAN T. THROPE
**United States Department of Justice**
**Civil Division**
**Commercial Litigation Branch**
P.O. Box 261
Ben Franklin Station
Washington, DC 20044
Telephone: (202) 514-3345
Facsimile: (202) 616-3085
gary.r.dyal@usdoj.gov
laurie.oberembt@usdoj.gov
jonathan.t.thrope@usdoj.gov

*Attorneys for the United States of America*

|   |   |   |
|---|---|---|
| By: | /s/ Roger Lewis |   |

PETER SCOTT RUKIN
**Rukin Hyland & Riggin LLP**
1939 Harrison Street, Suite 290
Oakland, CA 94612
Telephone: (415) 421-1800 Ext. 201
Facsimile: (415) 421-1700
prukin@rukinhyland.com

ROGER A. LEWIS
DAVID E. MORRISON
W. KYLE WALTHER
**Goldberg Kohn Ltd.**
55 East Monroe Street, Suite 3300
Chicago, IL 60603-5792
Telephone: (312) 201-4000
roger.lewis@goldbergkohn.com
david.morrison@goldbergkohn.com
kyle.walther@goldbergkohn.com

*Attorneys for Relators Gloryanne Bryant and Victoria Hernandez*

By: /s/ Kyle M. Grossman

K. LEE BLALACK, II
DAVID DEATON
STEPHEN M. SULLIVAN
CAITLIN M. BAIR
DIMITRI D. PORTNOI
KYLE M. GROSSMAN

*Attorneys for Defendants*

## **ATTESTATION**

Pursuant to Local Rule 5-1(h)(3), I hereby attest that the other signatories listed, on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

DATED: January 11, 2022                    /s/ Michael Ronickher
                                           Michael Ronickher

**[PROPOSED] ORDER**

Pursuant to stipulation and with good cause shown, the hearing date for Defendants' motions to dismiss Plaintiffs' amended complaints is extended from April 20, 2023 to May 4, 2023.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:  January 13, 2023

_____
HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE