**NOT FOR PUBLICATION**

**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

FILED

JUN 26 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MARCIA STEIN; RODOLFO BONE, Qui Tam Relators; ex rel. United States of America,<br><br>          Plaintiffs-Appellants,<br><br> and<br><br>UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br> v.<br><br>KAISER FOUNDATION HEALTH PLAN, INC., a California corporation; KAISER FOUNDATION HOSPITALS, a California corporation; KAISER FOUNDATION HEALTH PLAN OF COLORADO, A Colorado Corporaton; KAISER FOUNDATION HEALTH PLAN OF GEORGIA, INC., a Georgia corporation; KAISER FOUNDATION HEALTH PLAN OF THE MID-ATLANTIC STATES, INC., a Maryland corporation; KAISER FOUNDATION HEALTH PLAN OF THE NORTHWEST, an Oregon corporation; KAISER FOUNDATION HEALTH PLAN OF WASHINGTON, a Washington corporation; PERMANENTE MEDICAL GROUP, INC., a California corporation; SOUTHERN CALIFORNIA PERMANENTE MEDICAL GROUP; | No. 22-15862<br><br>D.C. Nos.   3:16-cv-05337-EMC<br>               3:13-cv-03891-EMC<br>Northern District of California, San Francisco<br><br>**ORDER** |

| |
|---|
| COLORADO PERMANENTE MEDICAL GROUP, a Colorado corporation; SOUTHEAST PERMANENTE MEDICAL GROUP; HAWAII PERMANENTE MEDICAL GROUP; MID-ATLANTIC PERMANENTE MEDICAL GROUP; NORTHWEST PERMANENTE, P.C.; GROUP HEALTH PERMANENTE; KAISER PERMANENTE,<br><br>            Defendants-Appellees. |

**MURGUIA**, Chief Judge.

The Court is of the unanimous opinion that the facts and legal arguments are adequately presented in the briefs and record, and that the decisional process would not be significantly aided by oral argument. Fed. R. App. P. 34(a)(2). Therefore, this case is ordered submitted on the briefs and record without oral argument.