MICHAEL D. GRANSTON
Deputy Assistant Attorney General

ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

PAMELA T. JOHANN (145558)
Chief, Civil Division

DAVID M. DEVITO (CABN 243695)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    Facsimile: (415) 436-6748
    david.devito@usdoj.gov

JAMIE ANN YAVELBERG
PATRICIA L. HANOWER
MATTHEW ARROW (CABN 338273)
BRADEN CIVINS
ARTHUR S. DI DIO
GARY R. DYAL
MICHAEL FISHMAN
RACHEL C. KARPOFF
LAURIE A. OBEREMBT
JONATHAN T. THROPE
United States Department of Justice
Civil Division
Commercial Litigation Branch

DAVID MOSKOWITZ
Special Attorney to the U.S. Attorney General

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. RONDA OSINEK,<br><br>    Plaintiff,<br><br>v.<br><br>KAISER PERMANENTE, et al.,<br><br>    Defendants. | Case No. 3:13-cv-03891-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME REGARDING THE COURT'S AUGUST 1, 2024 ORDER RE JOINT DISCOVERY LETTER** |

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME RE ORDER RE JOINT DISCOVERY LTR
No. 3:13-cv-03891-EMC et al.

1  Pursuant to Civil Local Rules 6-1(b), 6-2, and 7-12, Plaintiff the United States of America (the "United States") and Defendants Kaiser Foundation Health Plan, Inc., Kaiser Foundation Health Plan of Colorado, The Permanente Medical Group, Inc., Southern California Permanente Medical Group, and Colorado Permanente Medical Group, P.C. (collectively, "Defendants"), hereby stipulate and agree to extend the deadline set forth in the Court's August 1, 2024 Order Re Joint Discovery Letter (ECF No. 347) (the "Order") for the parties to meet and confer to resolve any disputes related to the Order, by one week, from December 4, 2024 to December 11, 2024.  The parties have met and conferred in good faith multiple times regarding certain disputes related to the Order, including most recently by videoconference on the evening of December 4, 2024, but have not been able to resolve them by the Court's deadline, though discussions remain ongoing.  Accordingly, the parties respectfully request a brief extension of one additional week to continue to meet and confer regarding their outstanding disputes.  In support of this stipulation, the United States also submits the attached declaration of Jonathan T. Thrope, as required by Local Rule 6-2(a).

DATED: December 5, 2024                    Respectfully submitted,

MICHAEL D. GRANSTON
Principal Deputy Assistant Attorney General

ISMAIL J. RAMSEY
United States Attorney

*/s/ David M. DeVito*[1]
DAVID M. DEVITO
Assistant United States Attorneys

JAMIE ANN YAVELBERG
PATRICIA L. HANOWER
MATTHEW ARROW
BRADEN CIVINS
ARTHUR S. DI DIO
GARY R. DYAL
MICHAEL FISHMAN
RACHEL C. KARPOFF
LAURIE A. OBEREMBT
JONATHAN T. THROPE
United States Department of Justice
Civil Division
Commercial Litigation Branch

---

[1] In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME RE ORDER RE JOINT DISCOVERY LTR
No. 3:13-cv-03891-EMC et al.                    1

DAVID MOSKOWITZ
Special Attorney to the U.S. Attorney General

Attorneys for the United States of America

*/s/K. Lee Blalack, II*
K. LEE BLALACK, II
DAVID DEATON
STEPHEN M. SULLIVAN
CAITLIN M. BAIR
DIMITRI D. PORTNOI
KYLE M. GROSSMAN
ELIZABETH A. ARIAS

*Attorneys for Defendants*

# [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED. The deadline for the parties to meet and confer and resolve any disputes related to the process outlined in the Court's August 1, 2024 Order is extended to December 11, 2024.

DATE: _____

The Honorable Joseph C. Spero
United States Magistrate Judge