1  MICHAEL D. GRANSTON
   Deputy Assistant Attorney General
2
   ISMAIL J. RAMSEY (CABN 189820)
3  United States Attorney

4  PAMELA T. JOHANN (145558)
   Chief, Civil Division
5
   DAVID M. DEVITO (CABN 243695)
6  Assistant United States Attorneys

7      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
8      Telephone: (415) 436-7200
       Facsimile: (415) 436-6748
9      david.devito@usdoj.gov

10 JAMIE ANN YAVELBERG
   PATRICIA L. HANOWER
11 MATTHEW ARROW (CABN 338273)
   BRADEN CIVINS
12 ARTHUR S. DI DIO
   GARY R. DYAL
13 MICHAEL FISHMAN
   RACHEL C. KARPOFF
14 LAURIE A. OBEREMBT
   JONATHAN T. THROPE
15 United States Department of Justice
   Civil Division
16 Commercial Litigation Branch

17 DAVID MOSKOWITZ
   Special Attorney to the U.S. Attorney General
18
   Attorneys for the United States of America
19

20                  UNITED STATES DISTRICT COURT

21                 NORTHERN DISTRICT OF CALIFORNIA

22                      SAN FRANCISCO DIVISION

23 UNITED STATES OF AMERICA ex rel.  ) Case No. 3:13-cv-03891-EMC
   RONDA OSINEK,                    )
24                                  )
       Plaintiff,                   ) **STIPULATION AND [PROPOSED] ORDER TO**
25                                  ) **EXTEND TIME REGARDING THE COURT'S**
    v.                              ) **AUGUST 1, 2024 ORDER RE JOINT**
26                                  ) **DISCOVERY LETTER**
   KAISER PERMANENTE, et al.,       )
27                                  )
       Defendants.                  )
28 _____  )

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME RE ORDER RE JOINT DISCOVERY LTR
No. 3:13-cv-03891-EMC et al.

Pursuant to Civil Local Rules 6-1(b), 6-2, and 7-12, Plaintiff the United States of America (the "United States") and Defendants Kaiser Foundation Health Plan, Inc., Kaiser Foundation Health Plan of Colorado, The Permanente Medical Group, Inc., Southern California Permanente Medical Group, and Colorado Permanente Medical Group, P.C. (collectively, "Defendants"), hereby stipulate and agree to extend the deadline set forth in the Court's August 1, 2024 Order Re Joint Discovery Letter (ECF No. 347) (the "Order") for the parties to meet and confer to resolve any disputes related to the Order, by one week, from December 4, 2024 to December 11, 2024.  The parties have met and conferred in good faith multiple times regarding certain disputes related to the Order, including most recently by videoconference on the evening of December 4, 2024, but have not been able to resolve them by the Court's deadline, though discussions remain ongoing.  Accordingly, the parties respectfully request a brief extension of one additional week to continue to meet and confer regarding their outstanding disputes.  In support of this stipulation, the United States also submits the attached declaration of Jonathan T. Thrope, as required by Local Rule 6-2(a).

DATED: December 5, 2024                           Respectfully submitted,

                                                  MICHAEL D. GRANSTON
                                                  Principal Deputy Assistant Attorney General

                                                  ISMAIL J. RAMSEY
                                                  United States Attorney

                                                  /s/ David M. DeVito [1]
                                                  DAVID M. DEVITO
                                                  Assistant United States Attorneys

                                                  JAMIE ANN YAVELBERG
                                                  PATRICIA L. HANOWER
                                                  MATTHEW ARROW
                                                  BRADEN CIVINS
                                                  ARTHUR S. DI DIO
                                                  GARY R. DYAL
                                                  MICHAEL FISHMAN
                                                  RACHEL C. KARPOFF
                                                  LAURIE A. OBEREMBT
                                                  JONATHAN T. THROPE
                                                  United States Department of Justice
                                                  Civil Division
                                                  Commercial Litigation Branch

---

[1] In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME RE ORDER RE JOINT DISCOVERY LTR
No. 3:13-cv-03891-EMC et al.                      1

DAVID MOSKOWITZ
Special Attorney to the U.S. Attorney General

Attorneys for the United States of America

*/s/K. Lee Blalack, II*
K. LEE BLALACK, II
DAVID DEATON
STEPHEN M. SULLIVAN
CAITLIN M. BAIR
DIMITRI D. PORTNOI
KYLE M. GROSSMAN
ELIZABETH A. ARIAS

*Attorneys for Defendants*

### [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED. The deadline for the parties to meet and confer and resolve any disputes related to the process outlined in the Court's August 1, 2024 Order is extended to December 11, 2024.

DATE: December 6, 2024

_____
The Honorable Joseph C. Spero
United States Magistrate Judge