| | |
|---|---|
| DAVID DEATON (S.B. # 205713)<br>ddeaton@omm.com<br>STEPHEN M. SULLIVAN (S.B. # 245314)<br>ssullivan@omm.com<br>CAITLIN M. BAIR (S.B. # 256994)<br>cbair@omm.com<br>DIMITRI D. PORTNOI (S.B. # 282871)<br>dportnoi@omm.com<br>ADAM G. LEVINE (S.B. #200522)<br>alevine@omm.com<br>KYLE M. GROSSMAN (S.B. #313952)<br>kgrossman@omm.com<br>O'MELVENY & MYERS LLP<br>Two Embarcadero Center<br>San Francisco, California 94111<br>Telephone:   (415) 984-8700<br>Facsimile:    (415) 984-8701 | K. LEE BLALACK, II (admitted *pro hac vice*)<br>lblalack@omm.com<br>O'MELVENY & MYERS LLP<br>1625 Eye Street, N.W.<br>Washington, D.C. 20006<br>Telephone:   (202) 383-5300<br>Facsimile:    (202) 383-5415 |

*Attorneys for Defendant Kaiser Foundation Health Plan, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. RONDA OSINEK,<br><br>Plaintiff,<br><br>v.<br><br>KAISER PERMANENTE, et al.,<br><br>Defendants. | Case No. 3:13-cv-03891-EMC<br><br>**NOTICE OF FILING UNREDACTED VERSION OF DEFENDANT'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS WITHHELD ON THE BASIS OF THE DELIBERATIVE PROCESS PRIVILEGE** |

(CAPTION CONTINUED)

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. GLORYANNE BRYANT and VICTORIA HERNANDEZ,<br><br>Plaintiff,<br><br>v.<br><br>KAISER PERMANENTE, et al.,<br><br>Defendants. | Case No. 3:18-cv-01347-EMC<br><br>**NOTICE OF FILING UNREDACTED VERSION OF DEFENDANT'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS WITHHELD ON THE BASIS OF THE DELIBERATIVE PROCESS PRIVILEGE** |
| UNITED STATES OF AMERICA ex rel. JAMES M. TAYLOR,<br><br>Plaintiff,<br><br>v.<br><br>KAISER PERMANENTE, et al.,<br><br>Defendants. | Case No. 3:21-cv-03894-EMC<br><br>**NOTICE OF FILING UNREDACTED VERSION OF DEFENDANT'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS WITHHELD ON THE BASIS OF THE DELIBERATIVE PROCESS PRIVILEGE** |

|   |   |
|---|---|
| 1 | On September 13, 2024 and September 19, 2024, Defendant Kaiser Foundation Health |

On September 13, 2024 and September 19, 2024, Defendant Kaiser Foundation Health Plan, Inc. ("KFHP") filed two administrative motions to seal, Dkt. Nos. 360 and 364, captioned: (i) Defendant Kaiser Foundation Health Plan, Inc.'s Civil Local Rule 79-5(f) Motion to Consider Whether Plaintiff's Material Should be Sealed, and (ii) Defendant Kaiser Foundation Health Plan, Inc.'s Amended Civil Local Rule 79-5(f) Motion to Consider Whether Plaintiff's Material Should be Sealed (collectively, "Motions to Seal").  The Motions to Seal sought to seal portions of (i) KFHP's Motion to Compel Production of Documents Withheld on the Basis of the Deliberative Process Privilege; Memorandum of Points and Authorities, Dkt. No 359, and (ii) the Amended Declaration of Adam G. Levine in Support of KFHP's Motion to Compel Production of Documents Withheld on the Basis of the Deliberative Process Privilege, Dkt. No. 363-1 (specifically, Exhibits U, V, X, Y, Z, and AA).[1]  On November 27, 2024, the Court denied the Motions to Seal.  Dkt. No. 376.  Accordingly, KFHP hereby gives notice that it is re-filing the following attached documents in full, without redactions or slipsheets: (i) KFHP's Motion to Compel Production of Documents Withheld on the Basis of the Deliberative Process Privilege (Unredacted per Court Order) (ii) Exhibits P-AA to the Amended Declaration of Adam G. Levine in Support of Defendant Kaiser Foundation Health Plan, Inc.'s Motion to Compel Production of Documents Withheld on the Basis of the Deliberative Process Privilege (Unredacted per Court Order).

---

[1] Due to the size of the Amended Declaration of Adam G. Levine in Support of KFHP's Motion to Compel Production of Documents Withheld on the Basis of the Deliberative Process Privilege, it was filed in two parts.  The first part (Dkt. No. 363) included Exhibits A-O, and the second part (Dkt. No. 363-1) included Exhibits P-AA.  Only the second part included exhibits that were subject to the Motions to Seal (specifically, Exhibits U, V, X, Y, Z, and AA), thus only the second part is being re-filed as part of this Notice.

|    |    |    |
|----|----|----|
| 1  | Dated: December 27, 2024 | Respectfully Submitted |

/s/ *K. Lee Blalack, II*
K. LEE BLALACK, II
DAVID DEATON
STEPHEN M. SULLIVAN
CAITLIN M. BAIR
DIMITRI D. PORTNOI
ADAM G. LEVINE
KYLE M. GROSSMAN

*Attorneys for Defendant*