1  BRETT A. SHUMATE
   Acting Assistant Attorney General
2
   ISMAIL J. RAMSEY (CABN 189820)
3  United States Attorney

4  PAMELA T. JOHANN (CABN 145558)
   Chief, Civil Division
5
   DAVID M. DEVITO (CABN 243695)
6  Assistant United States Attorney

7       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
8       Telephone: (415) 436-7200
        Facsimile: (415) 436-6748
9       david.devito@usdoj.gov

10 JAMIE ANN YAVELBERG
   PATRICIA L. HANOWER
11 BRADEN CIVINS
   ARTHUR S. DI DIO
12 GARY R. DYAL
   MICHAEL FISHMAN
13 RACHEL C. KARPOFF
   LAURIE A. OBEREMBT
14 JONATHAN T. THROPE
   United States Department of Justice
15 Civil Division
   Commercial Litigation Branch
16
   DAVID MOSKOWITZ
17 Special Attorney to the U.S. Attorney General

18 Attorneys for the United States of America

19
20                    UNITED STATES DISTRICT COURT
21                   NORTHERN DISTRICT OF CALIFORNIA
                         SAN FRANCISCO DIVISION
22

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. RONDA OSINEK, | Case No. 3:13-cv-03891-EMC |
| Plaintiffs, | **JOINT STATUS REPORT REGARDING DISCOVERY LETTER BRIEF** |
| v. | |
| KAISER PERMANENTE, et al., | |
| Defendants. | |

28

JOINT STATUS REPORT
No. 3:13-cv-03891-EMC

Pursuant to the Court's minute order issued January 16, 2025 (the "January 16 Order"), ECF No. 386, the United States and Defendants Kaiser Foundation Health Plan, Inc., Kaiser Foundation Health Plan of Colorado, The Permanente Medical Group, Inc., Southern California Permanente Medical Group, and Colorado Permanente Medical Group, P.C. (collectively, "Defendants") submit this joint status report to apprise the Court of progress with respect to the issues raised in the parties' discovery letter brief filed on December 20, 2024, ECF No. 381.

Since the January 15, 2025 hearing, the parties have been working to identify the original progress note in each of the 1,779 medical records in dispute. On January 23, 2025, Defendants reproduced 631 medical records with highlighting to identify the original progress note in each medical record; on January 30, 2025, Defendants reproduced an additional 1,147 highlighted medical records, thereby completing their productions of highlighted medical records pursuant to the January 16 Order.[1] The United States is reviewing the highlighted records provided by Defendants on an ongoing basis, has reviewed over 600 records to date, and expects to complete its review by mid-February. The parties will file a further status report with the Court no later than February 14, 2025, by which time the parties anticipate concluding this process as to the medical records at issue.

DATED: January 31, 2025

Respectfully submitted,

BRETT A. SHUMATE
Acting Assistant Attorney General

ISMAIL J. RAMSEY
United States Attorney

 /s/ David DeVito[2]
DAVID M. DEVITO
Assistant United States Attorneys

JAMIE ANN YAVELBERG
PATRICIA L. HANOWER
BRADEN CIVINS
ARTHUR S. DI DIO
GARY R. DYAL
MICHAEL FISHMAN

---

[1] For one of the 1,779 medical records, Defendants had previously produced a standalone original progress note and therefore did not produce a highlighted version of the medical record.

[2] In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.

JOINT STATUS REPORT RE DISCOVERY LETTER BRIEF
No. 3:13-cv-03891-EMC                              1

|   |   |
|---|---|
| 1 | RACHEL C. KARPOFF |
| 2 | LAURIE A. OBEREMBT |
|   | JONATHAN T. THROPE |
|   | United States Department of Justice |
|   | Civil Division |
|   | Commercial Litigation Branch |

DAVID MOSKOWITZ
Special Attorney to the U.S. Attorney General

Attorneys for the United States of America


 /s/ K. Lee Blalack, II
K. LEE BLALACK, II
CAITLIN M. BAIR
DAVID DEATON
STEPHEN M. SULLIVAN
DIMITRI PORTNOI
ADAM G. LEVINE

Attorneys for Defendants