UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONDA OSINEK, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>PERMANENTE MEDICAL GROUP, INC, et al.,<br><br>    Defendants. | Case No. 13-cv-03891-EMC (JCS)<br><br>**ORDER FOR STATUS REPORT RE JOINT DISCOVERY LETTER** |

The parties are requested to file a joint status report by **March 7, 2025** addressing the status of their efforts to resolve the disputes raised in their December 20, 2024 joint discovery letter, dkt. no. 381.

**IT IS SO ORDERED.**

Dated: March 3, 2025

_____
JOSEPH C. SPERO
United States Magistrate Judge