1  DAVID DEATON (S.B. # 205713)            K. LEE BLALACK, II (admitted *pro hac vice*)
   ddeaton@omm.com                         lblalack@omm.com
2  STEPHEN M. SULLIVAN (S.B. # 245314)    O'MELVENY & MYERS LLP
   ssullivan@omm.com                       1625 Eye Street, N.W.
3  CAITLIN M. BAIR (S.B. # 256994)         Washington, D.C. 20006
   cbair@omm.com                           Telephone:    (202) 383-5300
4  DIMITRI D. PORTNOI (S.B. # 282871)      Facsimile:    (202) 383-5414
   dportnoi@omm.com
5  ANNE STEINBERG (S.B. # 300797)
   asteinberg@omm.com
6  KYLE M. GROSSMAN (S.B. #313952)
   kgrossman@omm.com
7  ELIZABETH ARIAS (S.B. #318283)
   earias@omm.com
8  O'MELVENY & MYERS LLP
   Two Embarcadero Center
9  San Francisco, California 94111
   Telephone:    (415) 984-8700
10 Facsimile:    (415) 984-8701

11 *Attorneys for Defendants*

12

13

14                    **UNITED STATES DISTRICT COURT**

15      **NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

16

17

18 UNITED STATES OF AMERICA ex rel.      Case No. 3:13-cv-03891-EMC
   RONDA OSINEK,
19                                         **JOINT STIPULATION TO AMEND**
                 Plaintiff,                **THE CASE MANAGEMENT ORDER**
20                                         **AND [PROPOSED] ORDER**
          v.
21
   KAISER PERMANENTE, et al.,
22
                 Defendants.
23

24

25

26

27                    (CAPTION CONTINUED)

28
                                           STIPULATION TO AMEND CASE MGMT.
                                           ORDER AND [PROPOSED] ORDER
                                           CASE NO. 3:13-CV-03891-EMC et al.

1

2   UNITED STATES OF AMERICA ex rel.          Case No. 3:18-cv-01347-EMC
    GLORYANNE BRYANT and VICTORIA
3   HERNANDEZ,                                **JOINT STIPULATION TO AMEND
                                              THE CASE MANAGEMENT ORDER
4                    Plaintiffs,              AND [PROPOSED] ORDER**

5          v.

6   KAISER PERMANENTE, et al.,

7                    Defendants.

8

9

10  UNITED STATES OF AMERICA ex rel.          Case No. 3:21-cv-03894-EMC
    JAMES M. TAYLOR,
11                                            **JOINT STIPULATION TO AMEND
                     Plaintiff,               THE CASE MANAGEMENT ORDER
12                                            AND [PROPOSED] ORDER**
           v.
13
    KAISER PERMANENTE, et al.,
14
                     Defendants.
15

16

17

18

19

20

21

22

23

24

25

26

27

28

Pursuant to Civil Local Rules 6-1(b), 6-2, and 7-12, the United States of America; Defendants Kaiser Foundation Health Plan, Inc. ("KFHP"), Kaiser Foundation Health Plan of Colorado ("KFHP-CO"), The Permanente Medical Group, Inc. ("TPMG"), Southern California Permanente Medical Group ("SCPMG"), Colorado Permanente Medical Group, P.C. ("CPMG"), Kaiser Foundation Health Plan of the Northwest ("KFHP-NW"), Kaiser Foundation Hospitals ("KFH"), and Northwest Permanente, P.C. ("NW PMG") (collectively, "Defendants"); and Relators James Taylor, M.D., Gloryanne Bryant, and Victoria Hernandez (collectively, "Relators") hereby recite, stipulate, and request as follows:

WHEREAS, the Court, by Order dated February 15, 2022 [Dkt. No. 184], issued a Case Management and Pretrial Order setting forth the case schedule, providing a general fact discovery deadline of March 25, 2024.

WHEREAS, the Court, by Order dated April 3, 2024 [Dkt. No. 332], issued an Amended Case Management and Pretrial Order setting forth the case schedule, providing a general fact discovery deadline of July 15, 2025.

WHEREAS, the Parties have completed substantial discovery, including exchanging responses to hundreds of written discovery requests, producing over 2.5 million documents, and completing over 70 depositions.

WHEREAS, the Parties cannot complete all remaining fact discovery by the existing deadline of July 15, 2025.

WHEREAS, the Parties agree that they require additional time to complete their responses to previously-served written discovery requests and certain specified depositions that cannot be scheduled by July 15, 2025.

WHEREAS, the Parties agree that they will not serve any new written discovery requests during the extended discovery period, such as requests for production, interrogatories, or requests for admission.

WHEREAS, the Parties agree that the only additional depositions to be completed are: (1) depositions already noticed by the Parties pursuant to Federal Rule of Civil Procedure 30(b)(6), (2) certain specified Rule 30(b)(1) depositions that have already been noticed or

STIPULATION TO AMEND CASE MGMT.
ORDER AND [PROPOSED] ORDER
CASE NO. 3:13-CV-03891-EMC et al.

requested but not yet noticed, (3) Rule 30(b)(1) depositions of certain healthcare providers listed in Plaintiff United States' responses to Defendant KFHP's Interrogatory Nos. 1, 2, and 4, and (4) Rule 30(b)(1) depositions of witnesses newly disclosed during the extension period or who were newly disclosed as of June 13, 2025 in Plaintiff United States' Second Amended and Supplemental Disclosures.[1]

WHEREAS, the Parties agree to complete certain document and data productions by the following deadlines: (1) Defendant TPMG will produce medical records responsive to Plaintiff United States' Sixth and Seventh Sets of Requests for Production ("RFPs") by August 1, 2025; (2) Defendants and Relators will complete document productions in Relators' non-intervened cases (3:18-cv-01347-EMC; 3:21-cv-03894-EMC) by September 5, 2025, except for Defendants KFHP-CO and CPMG's production of certain data and medical records in response to Relator Taylor's RFPs; (3) the United States will complete document productions in Relators' non-intervened cases (3:18-cv-01347-EMC; 3:21-cv-03894-EMC) by September 15, 2025; (4) Defendants will produce documents in response to Plaintiff United States' RFP Nos. 32 or 51 associated with any healthcare provider or diagnosis on the Plaintiff United States' responses to KFHP's Interrogatories Nos. 1, 2, and 4 by September 30, 2025; and (5) As outlined in Footnote 4, Defendants KFHP-CO and CPMG will complete productions of certain data and medical records in response to Relator Taylor's RFPs by November 4, 2025 in 3:21-cv-03894-EMC.

WHEREAS, the Parties require a limited extension to the fact discovery deadline for the purpose of completing this outstanding discovery.

THE PARTIES HEREBY STIPULATE that, in view of the foregoing, there is good cause under Rule 16(b)(4) to extend the deadlines in the Case Management Order approximately four (4) months, subject to the Court's approval, as provided below:

---

[1] Nothing about this agreement alters the limits on the number of fact depositions to which the Parties agreed in the Joint Case Management and Rule 26(f) Report [Dkt. No. 150].

2

STIPULATION TO AMEND CASE MGMT. ORDER AND [PROPOSED] ORDER
CASE NO. 3:13-CV-03891-EMC et al.

| | CURRENT DEADLINE | AMENDED DEADLINE |
|---|---|---|
| **Discovery Deadlines** | | |
| Deadline for Defendant TPMG to produce medical records responsive to Plaintiff United States' Sixth and Seventh Sets of RFPs | None | 8/1/2025 |
| Deadline for Defendants and Relators to complete document productions in Relators' non-intervened cases (3:18-cv-01347-EMC; 3:21-cv-03894-EMC)[2] | None | 9/5/2025 |
| Deadline for the United States to complete document productions in Relators' non-intervened cases (3:18-cv-01347-EMC; 3:21-cv-03894-EMC) | None | 9/15/2025 |
| Deadline for Defendants to produce documents in response to Plaintiff United States RFP Nos. 32 or 51 associated with any healthcare provider or diagnosis on the Plaintiff United States' responses to KFHP's Interrogatories Nos. 1, 2, and 4[3] | None | 9/30/2025 |

---

[2] This deadline will not apply to the production of medical records and data responsive to RFPs served by Relator Taylor.  Defendants must produce any such medical records and data by November 4, 2025.

[3] Defendants will not be allowed to introduce documents produced in response to RFP Nos. 32 and 51 during the depositions of healthcare providers listed in the United States' responses to Defendant KFHP's Interrogatories 1, 2 and 4 unless those documents were produced at least seven (7) calendar days prior to said healthcare provider deposition.  The failure to produce a document responsive to RFP Nos. 32 or 51 seven (7) days before a related healthcare provider deposition will not limit Defendants' ability to produce that document after the deposition or otherwise rely on it in the litigation.  Defendants have informed the United States that it is very likely there will be documents responsive to RFP Nos. 32 and 51, relevant to healthcare providers listed in Plaintiff United States' responses to KFHP's Interrogatories Nos. 1, 2 and 4, and produced after the depositions of those healthcare providers if the depositions take place before September 30, 2025.  Because Defendants have provided this information to Plaintiff United States and offered to schedule all such relevant healthcare provider depositions after September 30, 2025 to ensure Plaintiff United States has all of the documents potentially relevant to those depositions at the time of those examinations, Defendants will object to any efforts by Plaintiff

| | CURRENT DEADLINE | AMENDED DEADLINE |
|---|---|---|
| Deadline for Defendants KFHP-CO and CPMG to complete productions of certain data and medical records in response to Relator Taylor's RFPs in 3:21-cv-03894-EMC[4] | None | 11/4/2025 |
| **General Fact Discovery Deadline** | 7/15/2025 | 11/17/2025 |
| **Deadline for Plaintiffs' Designation of Experts and Service of Affirmative Expert Reports** | 9/4/2025 | 1/30/2026 |
| **Deadline for Defendants' Designation of Experts, Service of Affirmative Expert Reports, and Service of Rebuttal Expert Reports** | 11/10/2025 | 4/3/2026 |
| **Deadline for Plaintiffs' Service of Rebuttal Expert Reports** | 1/22/2026 | 6/5/2026 |
| **Close of Expert Discovery** | 3/5/2026 | 7/17/2026 |
| **FRE 702 Motions** | | |
| Deadline for filing Federal Rule of Evidence 702 motions | 3/30/2026 | 8/10/2026 |

---

United States to reopen healthcare provider depositions based on Defendants' production of such documents after those depositions occur. Plaintiff United States reserves its right to reopen any of these provider depositions scheduled between July 15, 2025 and September 30, 2025 on the basis of later produced documents responsive to RFP Nos. 32 and 51 but must seek leave of court pursuant to Rule 30 consistent with the Protocol for Depositions of Fact Witnesses in Consolidated Actions executed by the Parties.

[4] Defendants KFHP-CO and CPMG and Relator Taylor have agreed to negotiate in good faith between now and August 1, 2025 to reach agreement on a total number of medical records that Relator Taylor will request from Defendants KFHP-CO and CPMG. Once the parties reach such agreement, Relator Taylor will (a) promptly identify medical records by patient identifier and encounter date, and (b) with respect to medical records related to Relator Taylor's Natural Language Processing ("NLP") theory of liability, Relator Taylor will identify those medical records within three weeks of Defendants KFHP-CO and CPMG's production of 2009-2014 date-of-service CMS submission data corresponding to NLP files that Defendants KFHP-CO and CPMG have produced. Defendants KFHP-CO and CPMG expect to produce CMS submission data corresponding to NLP files on or around August 1, 2025. Defendants KFHP-CO and CPMG must complete their production of medical records (if Defendants KFHP-CO and CPMG reach agreement with Relator Taylor by August 1, 2025 regarding production of medical records) and other data in response to Relator Taylor's RFPs by November 4, 2025.

STIPULATION TO AMEND CASE MGMT.
ORDER AND [PROPOSED] ORDER
CASE NO. 3:13-CV-03891-EMC et al.

| | CURRENT DEADLINE | AMENDED DEADLINE |
|---|---|---|
| Deadline for oppositions to Federal Rule of Evidence 702 motions | 5/8/2026 | 9/21/2026 |
| Deadline for replies in support of Federal Rule of Evidence 702 motions | 5/29/2026 | 10/13/2026 |
| Provisional hearing date on Federal Rule of Evidence 702 motions | N/A | N/A |
| **Dispositive Motions** | | |
| Deadline for filing all dispositive motions | 6/19/2026 | 11/2/2026 |
| Deadline for oppositions to dispositive motions | 8/18/2026 | 12/28/2026 |
| Deadline for replies in support of dispositive motions | 10/16/2026 | 2/26/2027 |
| Provisional Hearing Date on Dispositive Motions [and FRE 702 Motions] | 12/10/2026 | 4/22/2027 |
| **Pretrial Meet-and-Confer** | 2/1/2027 | 6/11/2027 |
| **Motions in Limine** | | |
| Parties serve moving papers | 2/11/2027 | 6/21/2027 |
| Parties serve oppositions | 2/18/2027 | 7/1/2027 |
| Moving parties file paired sets | 2/22/2027 | 7/8/2027 |
| **Deadline for Joint Pretrial Statement and Trial Briefs** | 2/22/2027 | 7/8/2027 |
| **Deadline for Objections** | 3/4/2027 | 7/19/2027 |
| **Pretrial Conference** | 3/16/2027 | 8/3/2027 |
| **Start of Trial** | 4/19/2027 8:30 am | 8/30/2027 8:30 am |

IT IS SO STIPULATED.

DATED: July 14, 2025                    Respectfully submitted,


                                        */s/ K. Lee Blalack, II*
                                        K. LEE BLALACK, II
                                        DAVID DEATON
                                        STEPHEN M. SULLIVAN

STIPULATION TO AMEND CASE MGMT.
ORDER AND [PROPOSED] ORDER
CASE NO. 3:13-CV-03891-EMC et al.

CAITLIN M. BAIR
DIMITRI PORTNOI
ANNE STEINBERG
KYLE M. GROSSMAN
ELIZABETH A. ARIAS

*Attorneys for Defendants*


BRETT A. SHUMATE
Assistant Attorney General

CRAIG H. MISSAKIAN (CABN 125202)

United States Attorney
DAVID M. DEVITO
Assistant United States Attorney

*/s/ Laurie A. Oberembnt*
JAMIE ANN YAVELBERG
EDWARD C. CROOKE
BRADEN CIVINS
ARTHUR S. DI DIO
GARY R. DYAL
MICHAL FISHMAN
MARTHA N. GLOVER
SETH W. GREENE
RACHEL C. KARPOFF
LAURIE A. OBEREMBT
JONATHAN T. THROPE
United States Department of Justice
Civil Division
Commercial Litigation Branch

*Attorneys for the United States of America*

*/s/ Max Voldman*
MARY INMAN
HAMSA MAHENDRANATHAN
HALLIE NOECKER
MICHAEL RONICKHER
ELIZABETH SOLTAN
MAX VOLDMAN
Whistleblower Partners

*Attorneys for Relator James M. Taylor*


*/s/ Roger A. Lewis*
ROGER A. LEWIS

STIPULATION TO AMEND CASE MGMT.
ORDER AND [PROPOSED] ORDER
CASE NO. 3:13-CV-03891-EMC et al.

1

2

DAVID E. MORRISON
W. KYLE WALTHER
Goldberg Kohn Ltd.

3

4

SONYA Z. MEHTA
Siegel, Yee, Brunner & Mehta

5

6

*Attorneys for Relators Gloryanne Bryant
and Victoria M. Hernandez*

7

8

\* In compliance with Civil Local Rule 5-1(i)(3), the filer attests that all signatories have
concurred in the filing of this document.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

7

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that the Case Management Order is hereby amended.  The parties shall adhere to the above amended case schedule.

Dated: _____, 2025

_____
The Honorable Edward M. Chen
United States District Judge