| | |
|---|---|
| 1 | BRETT A. SHUMATE<br>Assistant Attorney General |
| 2 | |
| 3 | CRAIG H. MISSAKIAN (CABN 125202)<br>United States Attorney |
| 4 | PAMELA T. JOHANN (CABN 145558)<br>Chief, Civil Division |
| 5 | |
| 6 | MICHELLE LO (NYBN 4325163)<br>Assistant United States Attorney |
| 7 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495 |
| 8 | Telephone: (415) 436-7200<br>Facsimile: (415) 436-6748 |
| 9 | michelle.lo@usdoj.gov |
| 10 | JAMIE ANN YAVELBERG<br>EDWARD C. CROOKE |
| 11 | BRADEN CIVINS<br>GARY R. DYAL |
| 12 | MICHAEL R. FISHMAN<br>MARTHA N. GLOVER |
| 13 | SETH W. GREENE<br>RACHEL C. KARPOFF |
| 14 | LAURIE A. OBEREMBT<br>JONATHAN T. THROPE |
| 15 | United States Department of Justice<br>Civil Division |
| 16 | Commercial Litigation Branch |
| 17 | *Counsel for the United States of America* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel.<br>RONDA OSINEK,<br><br>    Plaintiff,<br><br>    v.<br><br>KAISER PERMANENTE, et al.,<br><br>    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 3:13-cv-03891-EMC<br><br>**JOINT STIPULATION OF DISMISSAL OF THE UNITED STATES' AMENDED COMPLAINT-IN-INTERVENTION AND [PROPOSED] ORDER** |

(caption continued)

JOINT STIP. OF DISMISSAL OF COMPL. IN INTERVENTION
No. 3:13-cv-03891-EMC et al.

|   |   |   |
|---|---|---|
| 1 | UNITED STATES OF AMERICA ex rel. JAMES M. TAYLOR, | ) Case No. 3:21-cv-03894-EMC |
| 2 | | ) |
| 3 | Plaintiff, | ) **JOINT STIPULATION OF DISMISSAL OF THE UNITED STATES' AMENDED COMPLAINT-IN-INTERVENTION AND [PROPOSED] ORDER** |
| 4 | v. | ) |
| 5 | KAISER PERMANENTE, INC., et al., | ) |
| 6 | Defendants. | ) |

Pursuant to Federal Rule of Civil Procedure 41(a) and the *qui tam* provisions of the False Claims Act, 31 U.S.C. § 3730(b)(1), and in accordance with the terms and conditions of the January 14, 2026 Settlement Agreement, the United States of America ("United States"), Relators Ronda Osinek and James M. Taylor ("Relators"), and Defendants Kaiser Foundation Health Plan, Inc., Kaiser Foundation Health Plan of Colorado, The Permanente Medical Group, Inc., Southern California Permanente Medical Group, and Colorado Permanente Medical Group, P.C. ("Kaiser Permanente" or "Defendants"), by and through undersigned counsel, stipulate and agree to the dismissal of the United States' Amended Complaint-in-Intervention (Dkt. No. 240), as follows[1]:

1. The United States, Relators, and Kaiser Permanente have executed a written settlement agreement dated January 14, 2026 ("Settlement Agreement").

2. Relators agree that the amount and terms of the Settlement Agreement are fair, adequate, and reasonable pursuant to 31 U.S.C. § 3730(c)(2)(B).

3. The United States and Relators have reached agreement in full settlement of any claims Relators may have under 31 U.S.C. § 3730(d)(1) for a share of the proceeds of the settlement.

4. Relators and Kaiser Permanente have reached agreement in full settlement of any claims

---

[1] The above-captioned cases were consolidated with four other *qui tam* actions filed by relators Naser Arefi, Ajith Kumar, and Prime Healthcare Services, Inc. (the "Arefi relators"); Michael Bicocca; Gloryanne Bryant and Victoria Hernandez (the "Bryant relators"); and Marcia Stein and Rodolfo Bone (the "Stein relators"). In its Order on Defendants' motion to dismiss based on the first-to-file bar, the Court dismissed the cases filed by the Arefi and Stein relators in their entirety and relator Bicocca in part (Dkt. No. 171). Relator Bicocca voluntarily dismissed his remaining claims (Dkt. No. 159). Relator Taylor and the Bryant relators were permitted to proceed with separate declined claims and have now resolved those claims. The relators and defendants in those actions expect to file a separate stipulation of dismissal subject to the consent of the United States.

JOINT STIP. OF DISMISSAL OF AMEND. COMPL.-IN-INTERVENTION
No. 3:13-cv-03891-EMC et al.                       2

Relators may have against Kaiser Permanente under 31 U.S.C. § 3730(d) for expenses, attorneys' fees, and costs arising out of the investigation, filing, and litigation of Relators' *qui tam* complaints and the United States' Amended Complaint-in-Intervention.

    5. Consistent with the terms of the Settlement Agreement, the United States, Relators, and Kaiser Permanente stipulate to the entry of an Order providing for the following:

    a. The United States' Amended Complaint-in-Intervention (Dkt. No. 240) is dismissed with prejudice, subject to the terms of the Settlement Agreement.

    b. This Court retains jurisdiction over any dispute that may arise regarding compliance with the terms of the Settlement Agreement or to the extent necessary to enforce the terms and conditions of the Settlement Agreement.

The United States, Relators, and Kaiser Permanente respectfully request that the Court enter an order of dismissal in the form attached.

IT IS SO STIPULATED.

DATED: January 14, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

CRAIG H. MISSAKIAN
United States Attorney

/s/ *Michelle Lo**
MICHELLE LO
Assistant United States Attorney

JAMIE ANN YAVELBERG
EDWARD C. CROOKE
BRADEN CIVINS
GARY R. DYAL
MICHAEL R. FISHMAN
MARTHA N. GLOVER
SETH W. GREENE
RACHEL C. KARPOFF
LAURIE A. OBEREMBT
JONATHAN T. THROPE
United States Department of Justice
Civil Division
Commercial Litigation Branch

*Counsel for the United States of America*

|     |     |
| --- | --- |
| 1   | /s/ Amy Marie Zeman |
|     | AMY MARIE ZEMAN |
| 2   | ERIC H. GIBBS |
|     | DYLAN HUGHES |
| 3   | Gibbs Mura LLP |
| 4   | Counsel for Ronda Osinek |
| 5   |     |
|     | /s/ Michael Ronicker |
| 6   | MICHAEL RONICKER |
|     | HAMSA MAHENDRANATHAN |
| 7   | HALLIE NOECKER |
|     | ELIZABETH SOLTAN |
| 8   | MAX VOLDMAN |
|     | Whistleblower Partners LLP |
| 9   |     |
|     | Counsel for James M. Taylor |
| 10  |     |
| 11  | /s/ Jeannie S. Rhee |
|     | JEANNIE S. RHEE |
| 12  | MEREDITH R. DEARBORN |
|     | L. RUSH ATKINSON |
| 13  | LYLE W. GRUBY |
|     | Dunn Isaacson Rhee LLP |
| 14  |     |
|     | Counsel for Defendants |
| 15  |     |

\* In compliance with Civil Local Rule 5-1(i)(3), the filer attests that all signatories have concurred in the filing of this document.

**[PROPOSED] ORDER OF DISMISSAL**

On consideration of the Joint Stipulation of Dismissal filed by the United States of America ("United States"), Relators Ronda Osinek and James M. Taylor, and Defendants Kaiser Foundation Health Plan, Inc., Kaiser Foundation Health Plan of Colorado, The Permanente Medical Group, Inc., Southern California Permanente Medical Group, and Colorado Permanente Medical Group, P.C. pursuant to Federal Rule of Civil Procedure 41(a) and the *qui tam* provisions of the False Claims Act, 31 U.S.C. § 3730(b)(1), and in accordance with the terms and conditions of a Settlement Agreement executed on or about January 14, 2026, it is hereby ORDERED that:

1. The United States' Amended Complaint-in-Intervention (Dkt. No. 240) is dismissed with prejudice, subject to the terms of the Settlement Agreement.

2. This Court retains jurisdiction over any dispute that may arise regarding compliance with the terms of the Settlement Agreement or to the extent necessary to enforce the terms and conditions of the Settlement Agreement.

It is so ORDERED.

DATED: _____

_____
The Honorable Edward M. Chen
United States District Judge