```
 1  Eric H. Gibbs (State Bar No. 178658)
    ehg@classlawgroup.com
 2  Amy M. Zeman (State Bar No. 273100)
    amz@classlawgroup.com
 3  GIBBS MURA LLP
    1111 Broadway, Suite 2100
 4  Oakland, California 94607
 5  Telephone: (510) 350-9700
    Facsimile: (510) 350-9701
 6
 7  Counsel for Relator Ronda Osinek

 8  [Additional Counsel on Signature Page]
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. RONDA OSINEK,<br><br>  Plaintiff,<br><br>  v.<br><br>KAISER PERMANENTE, et al.,<br><br>  Defendants. | Case No. 3:13-cv-03891-EMC<br><br>**RELATORS' JOINT NOTICE OF JOINDER RE: UNITED STATES' OPPOSITION TO NON-PARTY MAZIK'S MOTION FOR A SHARE OF SETTLEMENT PROCEEDS (ECF NO. 442)** |

(caption continued)

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. GLORYANNE BRYANT and VICTORIA HERNANDEZ,<br><br>  Plaintiffs,<br><br>  v.<br><br>KAISER PERMANENTE, et al.,<br><br>  Defendants. | Case No. 3:18-cv-01347-EMC<br><br>**RELATORS' JOINT NOTICE OF JOINDER RE: UNITED STATES' OPPOSITION TO NON-PARTY MAZIK'S MOTION FOR A SHARE OF SETTLEMENT PROCEEDS (ECF NO. 442)** |

RELATORS' JOINT NOTICE OF JOINDER
No. 3:13-cv-03891-EMC et al.

1

|   |   |   |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. JAMES M. TAYLOR, | ) ) | Case No. 3:21-cv-03894-EMC |
| Plaintiff, | ) ) ) | **RELATORS' JOINT NOTICE OF JOINDER RE: UNITED STATES' OPPOSITION TO NON-PARTY MAZIK'S MOTION FOR A SHARE OF SETTLEMENT PROCEEDS (ECF NO. 442)** |
| v. | ) ) | |
| KAISER PERMANENTE, INC., et al., | ) ) | |
| Defendants. | ) ) ) | |

Relators Ronda Osinek, James Taylor, Gloryanne Bryant, and Victoria Hernandez join and agree with the opposition filed by the United States on March 11, 2026 (ECF No. 442). Contrary to Jeffrey Mazik's assertions that his positions do not damage the relators in these consolidated cases, his filings have resulted in significant payment delays and thus caused ongoing financial harm.

DATED: March 11, 2026

Respectfully submitted,

*s/ Amy M. Zeman*
Eric H. Gibbs
Amy M. Zeman
**GIBBS MURA LLP**
1111 Broadway, Suite 2100
Oakland, California 94607
Telephone: (510) 350-9700

*Counsel for Relator Ronda Osinek*

*s/ Michael J. Ronickher*
Max Voldman
Hamsa Mahendranathan
Hallie Noecker
Michael Ronickher
Elizabeth Soltan
**WHISTLEBLOWER PARTNERS LLP**
1101 Connecticut Avenue NW, Suite 450
Washington, D.C. 20036
Telephone: (202) 935-5446

*Counsel for Relator James M. Taylor*

RELATORS' JOINT NOTICE OF JOINDER
No. 3:13-cv-03891-EMC et al.

2

|  |  |
|---|---|
| | *s/ Roger Lewis* |
| | Roger Lewis |
| | David E. Morrison |
| | W. Kyle Walther |
| | **GOLDBERG KOHN LTD.** |
| | 55 E. Monroe Street, Suite 3300 |
| | Chicago, IL 60603 |
| | Telephone: (312) 201-4000 |
| | |
| | Sonya Mehta |
| | **SIEGEL YEE BRUNNER & MEHTA** |
| | 475 14th Street, Suite 500 |
| | Oakland, CA 94612 |
| | Telephone: (510) 839-1200 |
| | |
| | *Counsel for Relators Gloryanne Bryant and Victoria Hernandez* |

## **ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I hereby attest that the other signatories listed, on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

DATED: March 11, 2026                              Respectfully submitted,

                                                                  *s/ Amy M. Zeman*

RELATORS' JOINT NOTICE OF JOINDER
No. 3:13-cv-03891-EMC et al.