1  JEREMY L. FRIEDMAN, CA Bar No. 142659
   ATTORNEY AT LAW
2  2801 Sylhowe Road
   Oakland, CA 94602
3  Tel: (510) 530-9060
   Fax: (510) 530-9087
4  Email: jlfried@comcast.net

5  Warner Mendenhall, OH Bar No. 70165
   (*Pro Hac Vice*)
6  MENDENHALL LAW GROUP
   190 North Union Street, Suite 201
7  Akron, OH 44304
   Tel: (330) 535-9160
8  Fax: (330) 762-9743
   Email: warner@warnermendenhall.com

9
   Attorneys for Claimant Jeffrey Mazik
10
                    UNITED STATES DISTRICT COURT
11
                   NORTHERN DISTRICT OF CALIFORNIA
12
                        SAN FRANCISCO DIVISION
13

|  |  |
|---|---|
| UNITED STATES OF AMERICA ex rel.<br>RONDA OSINEK,<br><br>        Plaintiff,<br><br>   v.<br><br>KAISER PERMANENTE, et al.,<br><br>        Defendants. | Case No. 3:13-cv-03891-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR CLAIMANT JEFFREY MAZIK TO FILE REPLY ON MOTION FOR A SHARE OF SETTLEMENT PROCEEDS** |
| UNITED STATES OF AMERICA ex rel.<br>GLORYANNE BRYANT and VICTORIA HERNANDEZ,<br><br>        Plaintiffs,<br><br>   v.<br><br>KAISER PERMANENTE, et al.,<br><br>        Defendants. | Case No. 3:18-cv-01347-EMC |

1

|   |   |   |
|---|---|---|
| 1 | UNITED STATES OF AMERICA ex rel. JAMES M. TAYLOR, | ) Case No. 3:21-cv-03894-EMC |
| 2 |  | ) |
| 3 | Plaintiff, | ) |
| 4 | v. | ) |
| 5 | KAISER PERMANENTE, INC., et al., | ) |
| 6 | Defendants. | ) |
| 7 |  | ) |

Claimant Jeffrey Mazik ("Mazik") hereby requests a one-day extension of time to reply to the opposition (ECF No. 442) and joinder in the opposition (ECF No. 443), filed in connection with his motion for a share of the settlement proceeds (ECF No. 439). To accommodate a scheduling conflict of counsel on the current due date, Mr. Mazik requests that the deadline be moved from Wednesday, March 18, 2026, to Thursday, March 19, 2026. With this extension, the reply brief would still be filed two weeks before the hearing date on the motion, which is Thursday, April 2, 2026.

The United States of America, Relator Ronda Osinek, Relator James M. Taylor, and Relators Gloryanne Bryant and Victoria Hernandez, by and through their attorneys of record, hereby stipulate and jointly agree to entry of an order granting Mr. Mazik's request for a one-day extension to file the reply.

**IT IS SO STIPUATED**.

DATED: March 13, 2026                        Respectfully submitted,

*s/Jeremy L. Friedman*
JEREMY L. FRIEDMAN
WARNER MENDENHALL

*Counsel for Claimant Jeffrey M. Mazik*


BRETT A. SHUMATE
Assistant Attorney General

CRAIG H. MISSAKIAN
United States Attorney

 */s/ Michelle Lo*
MICHELLE LO
Assistant United States Attorney

2

|   |   |
|---|---|
| 1 | JAMIE ANN YAVELBERG |
|   | EDWARD C. CROOKE |
| 2 | BRADEN CIVINS |
|   | GARY R. DYAL |
| 3 | MICHAEL R. FISHMAN |
|   | MARTHA N. GLOVER |
| 4 | SETH W. GREENE |
|   | RACHEL C. KARPOFF |
| 5 | LAURIE A. OBEREMBT |
|   | JONATHAN T. THROPE |
| 6 | United States Department of Justice |
|   | Civil Division |
| 7 | Commercial Litigation Branch |

*Counsel for the United States of America*

*s/Amy Marie Zeman*
AMY MARIE ZEMAN
ERIC H. GIBBS
DYLAN HUGHES
Gibbs Mura LLP

*Counsel for Ronda Osinek*

*s/Max Voldman*
HAMSA MAHENDRANATHAN
HALLIE NOECKER
MICHAEL RONICKER
ELIZABETH SOLTAN
MAX VOLDMAN
Whistleblower Partners LLP

*Counsel for James M. Taylor*

*/s/ Roger A. Lewis*
ROGER A. LEWIS
DAVID E. MORRISON
W. KYLE WALTHER
Goldberg Kohn Ltd.

SONYA Z. MEHTA
Siegel, Yee, Brunner & Mehta

*Attorneys for Relators Gloryanne Bryant and Victoria M. Hernandez*

   \* In compliance with Civil Local Rule 5-1(i)(3), the filer attests that all signatories have concurred in the filing of this document.

**[PROPOSED] ORDER**

The Court, having considered the stipulation of the parties, and good cause appearing therefor, hereby GRANTS the request for an extension of time by Mr. Mazik. The time for Mr. Mazik to reply on the motion for a share of the settlement proceeds is extended from March 18, 2026, to March 19, 2026.

**IT IS SO ORDERED**

DATED: _____ __, 2026

_____
Hon. Edward M. Chen
United States District Court Judge