GOLDBERG KOHN LTD.
Roger A. Lewis (admitted *pro hac vice*)
roger.lewis@goldbergkohn.co
David E. Morrison (admitted *pro hac vice*)
david.morrison@goldbergkohn.com
W. Kyle Walther (admitted *pro hac vice*)
kyle.walther@goldbergkohn.com
55 East Monroe Street, Suite 3300
Chicago, IL  60603
Telephone: (312) 201-4000

SIEGEL, YEE, BRUNNER & MEHTA
Sonya Z. Mehta
SonyaMehta@siegelyee.com
475 14th Street, Suite 500
Oakland, CA  94612
Telephone: (415) 421-1800

*Attorneys for Relators*
*Gloryanne Bryant and Victoria Hernandez*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* RONDA OSINEK,<br><br>            Plaintiffs,<br><br>      v.<br><br>KAISER PERMANENTE, *et al.*,<br><br>            Defendants. | Case No. 3:13-cv-03891-EMC (Consolidated)<br><br>**JOINT STIPULATION OF DISMISSAL AND [PROPOSED] ORDER** |

4925-0773-7736v1
7689.001

1

Case No. 3:18-cv-01347-EMC et al.

UNITED STATES OF AMERICA ex rel. GLORYANNE BRYANT and VICTORIA HERNANDEZ,

Plaintiffs,

v.

KAISER PERMANENTE, et al.,

Defendants.

Case No. 3:18-cv-01347-EMC

**JOINT STIPULATION OF DISMISSAL AND [PROPOSED] ORDER**

(CAPTION CONTINUED)

UNITED STATES OF AMERICA ex rel. JAMES M. TAYLOR,

Plaintiff,

v.

KAISER PERMANENTE, et al.,

Defendants.

Case No. 3:21-cv-03894-EMC

**JOINT STIPULATION OF DISMISSAL AND [PROPOSED] ORDER**

Pursuant to Federal Rule of Civil Procedure 41(a) and the *qui tam* provisions of the False Claims Act (FCA), 31 U.S.C. § 3730(b)(1), Relators Gloryanne Bryant and Victoria M. Hernandez (each a "Relator" and collectively, "Relators") and Defendants Kaiser Foundation Health Plan of the Northwest, Kaiser Foundation Hospitals, and Northwest Permanente, P.C., (hereafter collectively referred to as the "Defendants"), by and through undersigned counsel, stipulate and agree to the dismissal of Relators' Claims against Defendants as follows:

1.      On March 1, 2018, Relators Gloryanne Bryant and Victoria Hernandez filed a *qui tam* action in the United States District Court for the Northern District of California captioned *United States ex rel. Bryant v. Kaiser Permanente, et al.*, No. 3:18-cv-01347-EMC (N.D. Cal.), pursuant to the *qui tam* provisions of the FCA, 31 U.S.C. § 3730(b) (the "Civil Action"). The United States intervened in part and declined to intervene in part in the Civil Action on July 27, 2021. The case was unsealed on July 28, 2021. Relators filed an amended complaint on November 15, 2021 (ECF No. 117) and a second amended complaint on December 12, 2022 (ECF No. 238) (the "SAC").

2

On June 15, 2023, the court dismissed certain claims in the SAC and allowed certain other claims to proceed.  (ECF No. 277).

2.      Pursuant to 31 U.S.C. § 3730(b)(1), the dismissal of the Civil Action is subject to the consent of the United States.

3.      This stipulation is neither an admission of liability by Defendants nor a concession by Relators that their claims are not well founded.

4.      The Relators agree not to sue Defendants for all claims Relators have asserted, could have asserted, or may assert in the future relating to the Civil Action, including claims under CA Civil Code § 1542.  Defendants agree not to sue Relators for all claims Defendants have asserted, could have asserted, or may assert in the future specifically relating to the Civil Action and Relators' investigation and prosecution thereof, including claims under CA Civil Code § 1542.

5.      Relators and Defendants stipulate to the entry of an Order, subject to the consent of the United States, providing for the following:

a.   All claims against Defendants are dismissed with prejudice as to Relators.

b.   All claims against Defendants for which the United States declined to intervene are dismissed without prejudice as to the United States.

The Relators and Defendants respectfully request that the Court enter an order of dismissal in the form attached.

IT IS SO STIPULATED.

DATED: January 15, 2026                Respectfully submitted,

                                                            */s/ Roger A. Lewis*
                                                            _____
                                                            ROGER A. LEWIS
                                                            DAVID E. MORRISON
                                                            W. KYLE WALTHER
                                                            Goldberg Kohn Ltd.

                                                            SONYA Z. MEHTA
                                                            Siegel, Yee, Brunner & Mehta

3

Case No. 3:18-cv-01347-EMC et al.

*Attorneys for Relators Gloryanne Bryant and Victoria M. Hernandez*

/s/ Jeannine S. Rhee
JEANNIE S. RHEE
MEREDITH R. DEARBORN
L. RUSH ATKINSON
LYLE W. GRUBY
Dunn Isaacson Rhee LLP

*Attorneys for Defendants*

\* In compliance with Civil Local Rule 5-1(i)(3), the filer attests that all signatories have concurred in the filing of this document.

4

## [PROPOSED] ORDER OF DISMISSAL

On consideration of the Joint Stipulation of Dismissal filed by Relators Gloryanne Bryant and Victoria M. Hernandez (each a "Relator" and collectively, "Relators") and Defendants Kaiser Foundation Health Plan of the Northwest, Kaiser Foundation Hospitals, and Northwest Permanente, P.C. ("Defendants") pursuant to Federal Rule of Civil Procedure 41(a) and the *qui tam* provisions of the False Claims Act, 31 U.S.C. § 3730(b)(1), and the consent of the United States, it is hereby ORDERED that:

a.      All claims against Defendants are dismissed with prejudice as to Relators Gloryanne Bryant and Victoria Hernandez.

b.      All claims against Defendants for which the United States declined to intervene are dismissed without prejudice as to the United States.

Dated: __March 16_____, 2026            _____
The Honorable Edward M. Chen
United States District Judge

5