JEREMY L. FRIEDMAN, CA Bar No. 142659
ATTORNEY AT LAW
2801 Sylhowe Road
Oakland, CA 94602
Tel: (510) 530-9060
Fax: (510) 530-9087
Email: jlfried@comcast.net

Warner Mendenhall, OH Bar No. 70165
(*Pro Hac Vice*)
MENDENHALL LAW GROUP
190 North Union Street, Suite 201
Akron, OH 44304
Tel: (330) 535-9160
Fax: (330) 762-9743
Email: warner@warnermendenhall.com

Attorneys for Claimant Jeffrey Mazik

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. RONDA OSINEK, <br><br> Plaintiff, <br><br> v. <br><br> KAISER PERMANENTE, et al., <br><br> Defendants <br> _____ | Case No. 3:13-cv-03891-EMC <br><br> **NOTICE OF APPEAL** <br><br> [Hon. Edward M. Chen] |

(Caption continued on next page)

UNITED STATES OF AMERICA and STATE OF CALIFORNIA ex rel. GLORYANNE BRYANT and VICTORIA M. HERNANDEZ,

  Plaintiff,

v.

KAISER PERMANENTE, et al.,

  Defendants

_____

Case No. 3:18-cv-01347-EMC

**NOTICE OF APPEAL**

UNITED STATES OF AMERICA ex rel. JAMES M. TAYLOR,

  Plaintiff,

v.

KAISER PERMANENTE, et al.,

  Defendants

_____

Case No. 3:21-cv-03894-EMC

**NOTICE OF APPEAL**

**NOTICE OF APPEAL**

Notice is hereby given that claimant Jeffrey Mazik appeals to the United States Court of Appeals for the Ninth Circuit from the Judgment entered against him on the 10th of April, 2026 (ECF 462), pursuant to Rule 58 of the Federal Rules of Civil Procedure, in accordance with the Court's Order of the same date (ECF 461) denying Mr. Mazik's motion for a share of the settlement proceeds under the alternate remedy provision of the False Claims Act, 31 U.S.C. § 3730(c)(5). This appeal includes all interlocutory orders that gave rise to the Judgment, including the order denying the motion for a share, and all other orders entered in connection with Mr. Mazik's claim.

Respectfully submitted,

Dated: April 12, 2026

Law Office of Jeremy L. Friedman
Mendenhall Law Group

By:    /s/Jeremy L. Friedman
Jeremy L. Friedman

Attorneys for claimant Jeffrey Mazik